JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LARRY KIRKWOOD, | ) | No. CV 15-2697-DOC (DFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| SANDRA ALFARO, Warden, | ) | |
| Respondent. | ) | |

Under the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: January 10, 2017

*David O. Carter*

DAVID O. CARTER
United States District Judge